UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| **ROBIN LUKOWSKI, ROBERT LUKOWSKI, DAVID JENSEN, THOMAS CASTIGLIONE, TERI DURSO, and ROBERT HEIECK,** | NOTICE OF MOTION |
| *Plaintiff*s, | Civil Action No. 08-CV-6098 (T) |
| -*vs*- | |
| **THE COUNTY OF SENECA, LEO CONNOLLY, JAMES R. LARSON, RICHARD SWINEHART, JACK STENBERG, CHRISTOPHER CONSTABLE, SCOTT BUCK, JAMES SINICROPI, and FINGERLAKES1.COM, INC.,** | |
| *Defendants.* | |

_____

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | Defendant, James R. Larson, by his attorneys, Hiscock & Barclay, LLP. |
| **DATE, TIME & PLACE:** | November 12, 2009 at the Western District Federal Courthouse, 100 State Street, Rochester, New York. |
| **SUPPORTING PAPERS:** | Attorney affirmation of Robert M. Shaddock, Esq. dated October 15, 2009. |
| **RELIEF DEMANDED:** | An order pursuant to FRCP 60(b)(6) and/or for renewal/reconsideration of this Court's prior Decision and Order denying that portion of defendant Larson's motion for judgment on the pleadings to dismiss the second cause of action and such other and further relief as to the Court seems just, proper, and equitable. |
| **GROUNDS FOR RELIEF:** | FRCP 60(b)(6). |
| **NATURE OF ACTION:** | 42 U.S.C. §1983. |

ROCHDOCS\556484\1

- 2 -

| | |
|---|---|
| **DEMAND FOR ANSWERING AFFIDAVITS:** | Answering affidavits, if any, must be served in accordance with Local Rules of Civil Procedure 7.1(c) and 56.1(e).  Movant intends to file and serve reply papers and opposing party is therefore required to file and serve opposing papers at least eight business days prior to return date of this motion. |
| **DATED:**   October 15, 2009 | **HISCOCK & BARCLAY, LLP**<br><br>By:   /s/ Robert M. Shaddock<br>            Robert M. Shaddock<br><br>*Attorneys for Defendant*<br>James Larson<br>Office and Post Office Address<br>2000 HSBC Plaza, 100 Chestnut Street<br>Rochester, New York 14604<br>Telephone (585) 295-4454 |

CERTIFICATE OF SERVICE

The undersigned, Robert M. Shaddock, Esq., hereby certifies that on October 15, 2009, I electronically filed the foregoing Notice of Motion dated October 15, 2009 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Amy L. DiFranco, Esq.
>adifranco@culleymarks.com
>
>David Rothenberg, Esq.
>drothenberg@geigroth.com
>
>Elmer R. Keach III, Esq.
>bobkeach@nycap.rr.com
>
>Eugene Welch, Esq.
>ewelch@rochester.rr.com
>
>Glenn E. Pezzulo, Esq.
>gpezzulo@culleymarks.com
>
>Jonathan B. Fellows, Esq.
>jfellows@bsk.com
>
>Michael McClaren, Esq.
>mmcclaren@websterszanyi.com
>
>Mitchell J. Katz, Esq.
>mkatz@menterlaw.com
>
>Teresa Bennett, Esq.
>tbennett@menterlaw.com

Adam Clark, Esq.
aclark@harrischesworth.com

Donald Thompson, Esq.
dmthompson@etksdefense.com

Thomas Lane, Esq.
tlane@websterszanyi.com

David Parks, Esq.
david@ithacalaw.com

Robert G. Wells, Esq.
dfndr@hotmail.com

Bethany Schumann-McGhee, Esq.
Bethany@keachlawfirm.com

    Respectfully submitted,

    **HISCOCK & BARCLAY, LLP**

    <u>/s/ Robert M. Shaddock, Esq.</u>
    Attorneys for Defendant James R. Larson
    **Office and P.O. Address**
    2000 HSBC Plaza
    Rochester, New York 14604
    Tel: (585) 295-4454
    rshaddock@hblaw.com