LAW OFFICES

# ELMER ROBERT KEACH, III
A PROFESSIONAL CORPORATION

1040 RIVERFRONT CENTER
POST OFFICE BOX 70
AMSTERDAM, NEW YORK 12010

AMSTERDAM 518-684-0236   ALBANY 518-434-1718
TELECOPIER 518-770-1558
www.keachlawfirm.com

ELMER ROBERT KEACH, III
bobkeach@keachlawfirm.com
ALSO ADMITTED IN MD & NJ

BETHANY SCHUMANN-McGHEE
bethany@keachlawfirm.com

November 12, 2009

*By Electronic Mail*
The Honorable Michael A. Telesca
United States District Judge
United States District Court
 for the Western District of New York
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614-1387

Re: *Lukowski, et al., v. The County of Seneca, et al.*, No. 08-CV-6098

Dear Judge Telesca:

Present pending before the Court is Defendant Leo Connolly and Defendant James Larson's Motions for Reconsideration (Docket Numbers 109 and 110) that are returnable before the Court today. By this letter, I respectfully request that the Court adjourn the return date, and allow for the following briefing schedule.

| | |
|---|---|
| Filing and service of Plaintiffs' Responding Papers | 11/19/2009 |
| Filing and Service of Reply Papers | 12/1/2009 |
| Return Date Before the Court | 12/2/2009 |

I have spoken with counsel for both Defendants Connolly and Larsen, and they have graciously consented to this request for an extension of time. Thank you for your consideration of this letter. Should Your Honor have any questions or concerns, please do not hesitate to contact me.

Respectfully yours,

Elmer Robert Keach, III

cc:

*By Electronic Mail*
All Counsel of Record

SO ORDERED.

S/MICHAEL A. TELESCA
Hon. Michael A. Telesca, USDJ

DATED: 11/13/09